IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                                              Case No. 1:17-cr-10009

MADIA NICOLE PARKER                                                                                        DEFENDANT

## **ORDER**

Before the Court is Defendant Madia Nicole Parker's Motion for Early Termination of Supervised Release. (ECF No. 239). The government has not responded, and the time for doing so has passed. *See* W.D. Ark. Local Rule 7.2(b). The Court finds the matter ripe for consideration.

On February 15, 2019, Defendant was sentenced to thirty-six (36) months imprisonment to be followed by three (3) years supervised release. Defendant was released from the Bureau of Prisons on April 9, 2020, at which time she began serving her term of supervised release in the Western District of Arkansas, El Dorado Division. Defendant's term of supervised release is scheduled to end on April 8, 2023. On August 9, 2022, Defendant filed the instant motion, seeking early termination of her 3-year term of supervised release, of which she has served two years and four months. The United States Probation Office (USPO) notes that, while on supervision, Defendant has maintained stable residence, maintained employment as the owner and operator of her own cleaning business, passed all drug tests, and otherwise complied with all conditions imposed by the Court. The USPO concludes that Defendant is a candidate for early terminiation consideration by the Court.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider the factors set forth under 18 U.S.C.

§ 3553(a), to the extent that they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion (ECF No. 239) should be and is hereby **GRANTED** based upon Defendant's conduct and the interests of justice. Defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 25th day of August, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge